12/21/2021 16:12 Law Office (FAX)8703368030 P.001/002

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, JANE DOE 1, JANE DOE 2,
and JANE DOE 3

VS.   CASE NO.: 54CV-2021-190-1

CITY OF HELENA-WEST HELENA, ARKANSAS

FILED
At 4:15 O'clock __ M
DEC 21 2021
CHASITY DEISCH
PHILLIPS COUNTY CIRCUIT CLERK
By_____ D.C.

## AMENDMENT TO CLASS ACTION COMPLAINT

1. The Plaintiffs adopt all of the averments in the the complaint as if retyped line for line and restated word for word.

2. That the additional plaintiff is Jane Doe 3 and she is an elected official with the City of of Helena-West Helena, Arkansas and joins in the original complaint individually and on behalf of other similarly situated individuals.

**WHEREFORE**, Plaintiffs and those individuals who are similarly situated request from the Court the following relief:

1. A declaratory judgment declaring that the City has willfully, unreasonably, wrongfully, and without good faith, violated its statutory and legal obligations, and deprived Plaintiffs of their rights, protections and entitlements under federal law, as alleged herein;

2. An order for a complete and accurate accounting of all the compensation to which Plaintiffs are entitled;

3. Judgment against the City awarding Plaintiffs monetary damages in the form of three (3) years' back pay compensation, liquidated damages equal to his/her unpaid


EXHIBIT B

compensation, plus pre-judgment and post-judgment interest;

4. Judgment against the City for treble damages (three times) for the conversion of personal property;
5. An award of reasonable attorney's fees, as well as costs and disbursement of this action; and
6. An award granting such further relief as the Court deems proper.

### JURY TRIAL DEMAND

Plaintiffs hereby respectfully request a trial by jury on all claims in this Complaint.

Dated:     December 20, 2021      J. F. VALLEY, ESQ., P. A.

                                  BY: _____
                                      JAMES F. VALLEY
                                      AR BAR 96052
                                      ATTORNEYS FOR THE PLAINTIFFS
                                  P O Box 451
                                  423 Rightor Street
                                  Helena-West Helena, AR 72342
                                  (870)619-1750 Telephone
                                  (870)619-1760 Facsimile
                                  james@jamesfvalley.com Email