# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOHN DOE,** *et al.*                                                                    **PLAINTIFFS**

**v.**                         **2:22-CV-00012-BSM**

**CITY OF HELENA-WEST HELENA,**
**ARKANSAS,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE